MONICA ORTEGA PRECIADO (SBN 349981)
*E-mail: mortega@cjaca.org*
**COMMUNITY JUSTICE ALLIANCE**
1809 S Street, Suite 101-291
Sacramento, CA 95811
Telephone: (888) 585-4917

CJA Appointed Counsel for Petitioner
NIR BOAZ

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nir BOAZ,<br><br>Petitioner,<br>vs.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | Case No.: 1:26-cv-07319-TLN-CKD (HC)<br>*Assigned to The Honorable Troy L. Nunley*<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE COURT'S BRIEFING SCHEDULE; WITHDRAWAL OF PETITIONER'S EX PARTE APPLICATION (ECF 11) AND ORDER (ECF 12)**<br><br>Immigration Habeas Petition<br>A#: 220-074-617<br><br><u>Upcoming Briefing Schedule:</u><br>Motion to Dismiss Filed: September 16, 2026<br>Reply: October 6, 2026<br>Hearing: Not Set<br><br>Petition Filed: 09/11/2026 |

**TO THE HONORABLE TROY L. NUNLEY:**

Petitioner, Nir Boaz ("Petitioner") and Respondent, Warden, California City Immigration Processing Center ("Respondent") (collectively with the Petitioner as the "Parties") hereby stipulate as follows:

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

**RECITALS**

WHEREAS, on September 11, 2026, Petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF 1;

WHEREAS, on September 11, 2026, Petitioner filed a *pro se* motion for a temporary restraining order, ECF 2;

WHEREAS, on September 14, 2026, the Clerk issued the immigration new case documents, ECF 3, and the Court entered a minute order directing Respondent to answer the Petition within two (2) court days, directing that any response include Petitioner's Form I-213 for each immigration encounter, any orders of release or detention, any custody determinations, warrants or notices, and any other relevant portions of Petitioner's A-File, and directing that Petitioner not be transferred out of this District pending the Court's ruling, ECF 4;

WHEREAS, on September 14, 2026, the United States Attorney's Office filed a designation of counsel for service adding Assistant United States Attorney Elisa M. Rodriguez as counsel of record for Respondent, ECF 5;

WHEREAS, on September 16, 2026, Respondent filed a notice of related case identifying *Boaz v. Warden*, No. 1:26-cv-05697-TLN-SCR, ECF 6;

WHEREAS, on September 16, 2026, Respondent filed a Motion to Dismiss the Petition, ECF 7;

WHEREAS, on September 25, 2026, the Court entered an order provisionally authorizing Petitioner to proceed *in forma pauperis*, directing the appointing authority to identify counsel within seven (7) days, and directing Petitioner to file a reply to the Motion to Dismiss within seven (7) days from the date counsel is appointed, ECF 8;

WHEREAS, on September 29, 2026, the Court entered a minute order appointing Monica Ortega Preciado as counsel for Petitioner *nunc pro tunc* to September 29, 2026, ECF 9, making Petitioner's reply currently due on October 6, 2026, ECF 8;

WHEREAS, on September 30, 2026, the Clerk docketed a *pro se* motion for an extension of time to file an opposition to the Motion to Dismiss, ECF 10, which Petitioner signed and dated September 23, 2026, before counsel was appointed, and in which Petitioner states that he is

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

proceeding without counsel and requests fourteen (14) additional days from the then-applicable deadline;

WHEREAS, Petitioner is currently detained at the California City Immigration Processing Center in California City, California, and has been in immigration custody continuously since December 3, 2025;

WHEREAS, Petitioner anticipates amending the operative petition (ECF 1), and Respondent consents to the filing of an amended petition pursuant to Federal Rule of Civil Procedure 15(a)(2), made applicable to this proceeding by 28 U.S.C. § 2242, and is not opposed to the modified briefing schedule set forth below;

WHEREAS, the Parties met and conferred by email on September 30, 2026, and agreed that modifying the briefing schedule would be in the best interest of the Parties since Petitioner plans to amend the operative Petition;

WHEREAS, the schedule set forth below affords Petitioner more time than the relief requested in his *pro se* motion at ECF 10, and Petitioner therefore submits that the relief sought in ECF 10 is subsumed within this stipulation and that ECF 10 may be denied as moot;

WHEREAS, apart from Petitioner's *pro se* motion at ECF 10, which remains pending and has not been ruled upon, no extension of time or continuance of any date has previously been obtained by either Party in this action;

WHEREAS, on October 2, 2026 at 6:29 p.m., Petitioner filed an *Ex Parte* Application for an Order Modifying the Briefing Schedule, ECF 11, which requested the same modified schedule set forth below and stated that counsel for Respondent had agreed to that schedule on September 30, 2026 but had not yet authorized Petitioner's counsel under Local Rule 131(e) to affix her electronic signature to a joint stipulation, and at 6:33 p.m. lodged a [Proposed] Order in support of that application, ECF 12;

WHEREAS, at 6:31 p.m. on October 2, 2026, counsel for Respondent authorized Petitioner's counsel by e-mail to file this stipulation, and Petitioner's counsel did not see that e-mail until after both ECF 11 and ECF 12 had been filed;

WHEREAS, Respondent's authorization under Local Rule 131(e) having now been given

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

and this stipulation seeking the same relief the *Ex Parte* Application sought, the *Ex Parte* Application and the [Proposed] Order lodged in support of it are no longer necessary;

WHEREAS, good cause exists to modify the briefing schedule because Petitioner's counsel was appointed seven (7) days before the current reply deadline, ECF 9; Petitioner's counsel requires time to consult with Petitioner at the detention facility, to obtain the records of the custody redetermination proceedings on which the Motion to Dismiss relies, and to prepare an amended petition; and the modified schedule will permit the Court to decide this matter on a complete record; and

WHEREAS pursuant to that meet and confer, the Parties hereby submit the following modified briefing schedule:

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED by and among the Parties, through their respective counsel, that this stipulation is made for good cause and not for the purpose of delay; that Respondent consents, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Petitioner filing an amended petition; and that the current briefing schedule be modified as follows:

| **EVENT** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Amended Petition (or Reply, if no amended petition is filed) | Reply: October 6, 2026 | October 29, 2026 |
| Response to Amended Petition, or notification that Respondent stands on prior pleadings | N/A | November 12, 2026 |
| Traverse | N/A | November 19, 2026 |

**WITHDRAWAL OF EX PARTE APPLICATION**

Petitioner hereby withdraws Petitioner's *Ex Parte* Application for an Order Modifying the Briefing Schedule, ECF 11, and the [Proposed] Order lodged in support of that application, ECF 12. The withdrawal asks nothing of Respondent and alters no date set forth above.

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

Dated: October 2, 2026

Respectfully Submitted,

**COMMUNITY JUSTICE ALLIANCE**

By: ***/s/ Monica Ortega Preciado***

Monica Ortega Preciado
*(CJA court appointment on 09/29/2026)*
Counsel for Petitioner,
NIR BOAZ

Dated: October 2, 2026

Respectfully Submitted,

**US ATTORNEY'S OFFICE**

By: **/s/ Elisa M. Rodriguez (as authorized on 10/02/2026)**

Elisa M. Rodriguez
Assistant United States Attorney
Counsel for Respondent,
WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), I, Monica Ortega Preciado, counsel for Petitioner, certify and attest as follows. On October 1, 2026, I transmitted this stipulation and the proposed order to Elisa M. Rodriguez, Assistant United States Attorney and counsel for Respondent, and requested her authorization to affix her electronic signature. On October 2, 2026, Ms. Rodriguez responded by e-mail, stating: "I will agree for you to file your stipulation to the extent that it represents no more than what was previously agreed." Ms. Rodriguez advised in the same e-mail that she had not had time to review the stipulation. I have affixed her electronic signature on the authority of that e-mail, and I further attest that the stipulated schedule and Respondent's consent to the filing of an amended petition are exactly what the Parties agreed in their meet-and-confer correspondence of September 30, 2026. Since transmitting the stipulation on October 1, 2026, I have revised it only to update the dates, to add the recitals describing the events of October 2, 2026, to attribute to Petitioner alone the statement regarding ECF 10, and to add Petitioner's withdrawal of ECF 11 and ECF 12. The withdrawal is Petitioner's unilateral act and asks nothing of Respondent; no term of this stipulation requires anything of Respondent beyond what was previously agreed.

Dated: October 2, 2026

Respectfully Submitted,

**COMMUNITY JUSTICE ALLIANCE**

By:

***/s/ Monica Ortega Preciado***
Monica Ortega Preciado
*(CJA court appointment on 09/29/2026)*
Counsel for Petitioner,
NIR BOAZ

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917

**ORDER**

Having considered the Parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The briefing schedule is modified as follows: Petitioner shall file an amended petition, or a reply to the Motion to Dismiss if no amended petition is filed, on or before October 29, 2026; Respondent shall file a response to any amended petition, or notify the Court that Respondent stands on the prior pleadings, on or before November 12, 2026; and Petitioner shall file any traverse on or before November 19, 2026.

2. Petitioner's *pro se* motion for an extension of time, ECF 10, is DENIED as moot.

3. Petitioner's *Ex Parte* Application, ECF 11, and the [Proposed] Order lodged in support of that application, ECF 12, having been withdrawn, the Clerk is directed to terminate those filings.

**IT IS SO ORDERED.**

Dated: October 5, 2026



Troy L. Nunley
Chief United States District Judge